JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES EUGENE BOWERMASTER, | ) | NO. CV 18-8473-DSF (KS) |
| Plaintiff, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| MAGNIA, et al, | ) ) | |
| Defendants. | ) ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: March 25, 2019

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

1